**Jimmy D. DAYTON, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36286.**

Missouri Court of Appeals,
Western District.

June 25, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and
Denied Aug. 27, 1985.

Application to Transfer Denied
Oct. 16, 1985.

Kathleen K. Jenkins and Matthew R. Hale of Hillix, Brewer, Hoffhaus & Whittaker, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

---

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from denial of motion for post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).